UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTINE NESSE and FRED KNUDSEN,<br><br>             Plaintiff,<br><br>      vs.<br><br>WAL-MART STORES, INC. and GENERAL ELECTRIC CO.,<br><br>             Defendants. | No.  2:14-CV-00362-JLQ<br><br>ORDER RE: NOTICE OF SETTLEMENT |

On August 20, 2015, Plaintiffs filed a Notice of Settlement (ECF No. 29) confirming that the matter had resolved and requesting 45 days to file a dismissal.

**IT IS HEREBY ORDERED:**

1. The pending Motions (ECF No. 24 & 26) are hereby **DENIED AS MOOT**.

2. Any stipulated motion to dismiss shall be filed on or before **October 2, 2015**.

3. All remaining pretrial deadlines, and the jury trial date of March 21, 2016, are hereby **STRICKEN**.

**IT IS SO ORDERED**.  The Clerk is hereby directed to file this Order and furnish copies to counsel.

**DATED** this 21st day of August, 2015.

                    s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1