# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KRISTINE NESSE and FRED KNUDSEN

*Plaintiff*

v.

WAL-MART STORES, INC. and GENERAL ELECTRIC CO.,

*Defendant*

Civil Action No. 2:14-CV-00362-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The stipulated motion (ECF No. 31) is GRANTED. The Complaint and claims therein are dismissed with prejudice and without costs or attorneys fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 09/25/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates